IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **BRANDON MOYE**, | Case No. 14-cv-1956-SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **THE CONIFER GROUP, INC.**, | |
| Defendant. | |

This action was tried to the Court in a one-day bench trial on July 18, 2016, with Judge Michael H. Simon presiding. The Court issued its Findings of Facts and Conclusions of Law. ECF 51. In accordance with those Findings and Conclusions, the Court enters this Judgment in favor of Plaintiff and against Defendant.

IT IS HEREBY ORDERED AND ADJUDGED THAT Plaintiff, Brandon Moye, shall recover against Defendant, The Conifer Group, Inc. ("Conifer"):

(1) Net damages in the sum of $11,780.73, which is $15,000 in damages owed to Mr. Moye by Conifer, minus $3,219.27 owed to Conifer by Mr. Moye; and

(2) Post-Judgment simple interest at the annual rate of 0.52 percent from the date of this Judgment until paid.

DATED this 25th day of July, 2016.

/s/ Michael H. Simon
Michael H. Simon
United States District Judge